IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
DENISE L. GANDEE )
)
Debtor ) CH 13 Case No. 06-40717
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

FILED
U.S. BANKRUPTCY COURT
2009 DEC 21 PM 3:53
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> DENISE L. GANDEE
> 22890 LEXINGTON ROAD
> ALLIANCE, OH 44601

$5.00

**TOTAL:** $ 5.00

2. A check in the amount of $25.00, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this  18th  day of December, 2009.

_____
MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
DENISE L. GANDEE )
)
Debtor ) CH 13 Case No. 06-40717
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this ___18th___ day of December, 2009, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: *Jennifer Buchmann*
Jennifer Buchmann - Assistant

```
CLERK OF THE U.S. BANKRUPTCY COURT           CREDITOR:523237
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET                  VOUCHER FOR CHECK: 756779
YOUNGSTOWN, OH 44503                             DATED: 2009/11/25
```

| NAME OF CREDITOR | CASE | CLM# | CLS | REF | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE | NEW BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0445758 | 926 | 6 | 25 | VENEZIA JR, RONALD P | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0544439 | 926 | 6 | 33 | CESSNA JR, WILLIAM J CESSNA, BRANDY | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640717 | 926 | 6 | 25 | GANDEE, DENISE L | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0642095 | 926 | 6 | 17 | POWELL, MARTIN J. | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0642159 | 926 | 6 | 38 | ANDERSON, SANDRA MAE | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 |

| #ITEMS | PRINCIPAL | INTEREST | PRINC + INT |
|---|---|---|---|
| 5 | 25.00 | 0.00 | 25.00 |
|   | CURRENT CHECK |   |   |